UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL HOLMBERG,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS OF WASHINGTON, et al.,

    Defendants.

CASE NO. 3:15-cv-05374 RJB

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation (Dkt. 56).

(2)    Defendant's Motion for Summary Judgment (Dkt. 44) is granted and this action is dismissed. Plaintiff's state law claims are dismissed without prejudice. All other pending motions are denied as moot.

**DATED** this 20th day of December, 2016.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1